**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **ECHO ENERGY PARTNERS I, LLC** ) | Case No. 20-31920 (DRJ) |
| ) | |
| **Debtor.** ) | |

**AFFIDAVIT OF SERVICE**

I, Julian A. Del Toro, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 24, 2020 at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Voluntary Petition for Non-Individuals Filing for Bankruptcy** (Docket No. 1)

- **Notice of Designation as Complex Chapter 11 Bankruptcy Case** (Docket No. 2)

Dated: April 1, 2020

                                                     */s/ Julian A. Del Toro*
                                                     Julian A. Del Toro
                                                     STRETTO
                                                     410 Exchange, Suite 100
                                                     Irvine, CA 92602
                                                     Telephone: 855-422-8458
                                                     Email: TeamEchoEnergy@stretto.com

# **Exhibit A**

**STRETTO**

**Exhibit A**
Served Via Electronic Mail

| NAME | Attention | Email |
|---|---|---|
| Acacia Energy Partners LLC | Clayton Flurry | flurry@acaciaep.com |
| Alta Mesa Services LP | Janie Daniel | jdaniel@altamesa.net |
| BP America Production Company | Wender Moreno | wender.moreno1@bp.com |
| Camino Natural Resources LLC | Mark Brown | mbrown@caminoresources.com |
| Casillas Operating LLC | Zach Malchi | zmalchi@casillaspetro.com |
| Chaparral Energy LLC | Justin P. Byrne, General Counsel | Kathy.Raines@ChaparralEnergy.com |
| Chesapeake Energy Corporation | Michael Lovelace | michael.lovelace@chk.com |
| Cimarex Energy Company | Kevin Smith | KSmith@cimarex.com |
| Citation Oil and Gas Corp | Matthew Thompson | mthompson@cogc.com |
| Citizen Energy II LLC | | INFO@CE2OK.COM |
| Citizen Energy III LLC | Curtis Johnson | curtis@ce2ok.com |
| Continental Resources Inc. | | ap@clr.com |
| Continental Resources Inc.* | Brooks Richardson | brooks.richardson@clr.com |
| Devon Energy Production Company LP | Amy Carpenter | amy.carpenter@dvn.com |
| Enable Gathering & Processing LLC | Andy Bush | andy.bush@enablemidstream.Com |
| EOG Resources Inc. | Dax Taylor | dax_taylor@eogresources.com |
| Gaedeke Oil & Gas Operating L.L.C. | | energy@gaedeke.com |
| Gaedeke Oil & Gas Operating L.L.C.* | Brenda Loftis | bloftis@gaedeke.com |
| Gulfport Midcon LLC | Rebecca Addison | raddison@gulfportenergy.com |
| Lime Rock Resources Operating Company | Melissa Bell | mbell@limerockresources.com |
| Marathon Oil Company | Todd Richards | trichards@marathonoil.com |
| Marathon Oil Company | c/o Bonds Ellis Eppich Schafer Jones LLP | clay.taylor@bondsellis.com robbie.clarke@bondsellis.com |
| Ovintiv Mid Continent Inc. | Sarah Robertson | sarah.robertson@encana.com |
| Ranken Energy Corporation | | info@ranken-energy.com |
| Red Bluff Resources Operating LLC | | general.inq@rbluff.com |
| Red Bluff Resources Operating LLC* | Andrew Jennings | ajennings@rbluff.com |
| Red Rocks Oil & Gas Operating LLC | Randy Stalcup | stalcup@redrocksresources.com |
| Red Wolf Operating LLC | | info@red-wolf.com |
| Red Wolf Operating LLC* | Jay Buckley | jbuckley@red-wolf.com |
| Roan Resources LLC | Curtis Johnson | curtis@ce2ok.com |
| Sandridge Exploration & Production LLC | | media@sandridgeenergy.com |
| Staghorn Petroleum II LLC | | inquire@staghornpetro.com |
| Tapstone Energy LLC | | info@tapstoneenergy.com |
| Texas Capital Bank, N.A. as Lender and Administrative Agent | c/o Winstead PC | jwelebinski@winstead.com achiarello@winstead.com |
| Triumph Energy Partners LLC | | revenue@triumphep.com |
| TRP Operating LLC | | info@trpenergy.com |
| TRP Operating LLC* | Joey Bernica | jbernica@trpenergy.com |
| Warwick Jupiter LLC | Michael Brown | michael.brown@warwick-energy.com |
| XTO Energy Inc. | Noele Fischer | noele_fischer@xtoenergy.com |

*Served via email on 3/26/2020