# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **ECHO ENERGY PARTNERS I, LLC** | ) | Case No. 20-31920 (DRJ) |
| | ) | |
| **Debtor.** | ) | |

## AFFIDAVIT OF SERVICE

I, Julian A. Del Toro, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 30, 2020 at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit** A, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Granting Complex Chapter 11 Bankruptcy Case Treatment** (Docket No. 8)

Dated: April 1, 2020                         /s/ Julian A. Del Toro
                                                            Julian A. Del Toro
                                                            STRETTO
                                                            410 Exchange, Suite 100
                                                            Irvine, CA 92602
                                                            Telephone: 855-422-8458
                                                            Email: TeamEchoEnergy@stretto.com

# **<u>Exhibit A</u>**

# STRETTO

**Exhibit A**
Served Via Electronic Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 89 Energy LLC | | 105 N HUDSON AVE, STE 650 | | Oklahoma City | OK | 73102-4832 |
| Acacia Energy Partners LLC | Clayton Flurry | 909 Lake Carolyn Parkway | Suite 1500 | Irving | TX | 75039 |
| Alta Mesa Services LP | Janie Daniel | 15021 Katy Freeway | Suite 400 | Houston | TX | 7094 |
| Apache Corporation | | PO Box 840094 | | Dallas | TX | 75284-0094 |
| Apache Corporation | Jay Buckley | 2000 Post Oak Boulevard | Suite 100 | Houston | TX | 77056 |
| ARP Operating LLC | | 119 North Robinson | Suite 400 | Oklahoma City | OK | 73102 |
| Avalon Operating  LLC | | 15 W. 6th Street | Suite 2300 | Tulsa | OK | 74119-0000 |
| Basis Resources Group, LLC | | 6422 N Santa Fe Ave | | Oklahoma City | OK | 73116 |
| Beck Resources  Inc. | | PO Box 175 | | Hennessey | OK | 73742-0175 |
| Black Mesa Production LLC | | 401 S. Boston Ave. | Suite 450 | Tulsa | OK | 74103 |
| Blake Production Company Inc. | | 1601 NW Expressway | Suite 77 | Oklahoma City | OK | 73118-1446 |
| BP America Production Company | Wender Moreno | PO Box 848155 | | Dallas | TX | 75284 |
| BP Energy Company | | 201 Helios Way | | Houston | TX | 77079-0000 |
| Bracewell LLP | | 711 Louisiana Street | Suite 2300 | Houston | TX | 77002 |
| Brandon O'Gara | | 3817 NW Expressway | Suite 840 | Oklahoma City | OK | 73112-1400 |
| Bureau of Indian Affairs | | 1635 East Hwy 66 | | El Reno | OK | 73036 |
| Bureau of Land Management | | 201 Stephenson Parkway | Suite 1200 | Norman | OK | 73072 |
| Camino Natural Resources LLC | Mark Brown | 1401 17th Street | Suite 1000 | Denver | CO | 80202 |
| Cargill Incorporated | | 9350 Excelsior Boulevard | | Hopkins | MN | 55343-9497 |
| Carl L. Maloy | | 3716 South Winston | | Tulsa | OK | 74135 |
| Carrera Energy  LLC | | 901 W. Missouri Avenue | | Midland | TX | 79701-0000 |
| Carrera Energy LLC | | P.O. Box 5036 | | Midland | TX | 79704 |
| Cartesian Equity Management, LLC | c/o The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 |
| Casillas Operating LLC | Zach Malchi | PO Box 3668 | | Tulsa | OK | 74101 |
| Castell Oil Company  LLC | | 123 NW 8th Street | | Oklahoma City | OK | 73102 |
| Chaparral Energy LLC | Justin P. Byrne, General Counsel | 701 Cedar Lake Boulevard | | Oklahoma City | OK | 73114 |
| Chesapeake Energy Corporation | Michael Lovelace | P.O. Box 207295 | | Dallas | TX | 75320-7295 |
| Cheyenne Petroleum Co | | 11714 PINE FOREST DRIVE | | Dallas | TX | 75230-2833 |
| Christian Kanady | | 3817 NW Expressway | Suite 840 | Oklahoma City | OK | 73112-1400 |
| Cimarex Energy Company | Kevin Smith | 4023 Solutions Center | #774023 | Chicago | IL | 60677 |
| Citation Oil and Gas Corp | Matthew Thompson | 14077 Cutten Road | | Houston | TX | 77069 |
| Citizen Energy II LLC | | 320 S Boston Ave | Suite 1300 | Tulsa | OK | 74103 |
| Citizen Energy III LLC | Curtis Johnson | 320 S Boston Ave | Ste 900 | Tulsa | OK | 74103 |
| Collins Permian, LP | | PO BOX 27 | | Midland | TX | 79702 |
| Comanche Exploration Company | | 6520 N. Western Avenue | Suite 300 | Oklahoma City | OK | 73116 |
| Commissioners Of The Land Office | | 204 N Robinson | Suite 900 | Oklahoma City | OK | 73102 |
| Continental Resources Inc. | Brooks Richardson | PO Box 952724 | | St. Louis | MO | 63195 |
| COR Operating LLC | | 6120 S. Yale Avenue | Suite 1200 | Tulsa | OK | 74136 |
| CT Corporation | | PO Box 4349 | | Carol Stream | IL | 60197-4349 |
| CWC Holdings LLC | | 3131 McKinney Avenue Suite 430 | | Dallas | TX | 75204 |
| Delaware Secretary Of State | | 401 Federal Street | Suite 4 | Dover | DE | 19901 |
| Dept of Environmntl Air Quality Div | | PO Box 1677 | | Oklahoma City | OK | 73101 |
| Devon Energy Production Company LP | Amy Carpenter | PO Box 842485 | | Dallas | TX | 75284 |
| Eagle Exploration Production LLC | | 6100 S. Yale Avenue | Suite 700 | Tulsa | OK | 74136 |

In re: Echo Energy Partners I, LLC
Case No. 20-31920 (DRJ)

# STRETTO

## Exhibit A
Served Via Electronic Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Echo E&P LLC | | 3817 NW Expressway | Suite 810 | Oklahoma City | OK | 73112 |
| Echo Energy, LLC | | 3817 NW Expressway | Suite 840 | Oklahoma City | OK | 73112-1400 |
| Echo Investment Partners, LLC | Attn: Christian Kanady | 3817 NW Expressway, Suite 840 | | Oklahoma City | OK | 73112 |
| Echo Minerals LP | | 3817 NW Expressway | Suite 840 | Oklahoma City | OK | 73112-1400 |
| Echo Minerals Ac LLC | | 3817 NW Expressway | Suite 840 | Oklahoma City | OK | 73112-1400 |
| Echo Minerals Ac III LLC | | 3817 NW Expressway | Suite 840 | Oklahoma City | OK | 73112-1400 |
| Echo Minerals I LLC | | 3817 NW Expressway | Suite 840 | Oklahoma City | OK | 73112-1400 |
| Echo Warwick Minerals LLC | | 3817 NW Expressway | Suite 840 | Oklahoma City | OK | 73112-1400 |
| Enable Gathering & Processing LLC | Andy Bush | PO Box Dept 96-0387 | | Oklahoma City | OK | 73196 |
| Encana Oil & Gas Inc | | 730 17th Street | Ste 1700 | Denver | CO | 80202 |
| EOG Resources Inc. | Dax Taylor | 3817 NW Expressway | Suite 500 | Oklahoma City | OK | 73112 |
| Evercore Group LLC | | 55 East 52nd Street | | New York | NY | 10055 |
| Excalibur Resources LLC | | 12222 Merit Drive | Suite 1150 | Dallas | TX | 75251 |
| Gaedeke Oil & Gas Operating L.L.C. | Brenda Loftis | 3710 Rawlins Street | Suite 1100 | Dallas | TX | 75219 |
| Gulfport Midcon LLC | Rebecca Addison | P.O. Box 1945 | | Memphis | TN | 38101 |
| Hall Estill Hardwick Gable | | 320 S Boston Avenue | Suite 200 | Tulsa | OK | 74103 |
| HighPointe Energy LLC | | 17334 N May Ave | | Edmond | OK | 73012 |
| Hogan Taylor LLP | | PO Box 1481 | | Lowell | AR | 72745-0000 |
| Jeffries LLC | | 520 Madison Avenue | | New York | NY | 10022 |
| John T Young, Jr | | 2216 Chilton Road | | Houston | TX | 77019 |
| Jones Energy LLC | Scott Van Sickle | 807 Las Cimas Parkway | Suite 350 | Austin | TX | 78746 |
| Joshua Hood | | 3817 NW Expressway | Suite 840 | Oklahoma City | OK | 73112-1400 |
| K S Oil Company Inc. | | 3100 S Berry Road | Suite 210 | Norman | OK | 73072 |
| Keith F. Walker Oil & Gas Company | c/o Luanne M. Walker, Managing Member | P.O. Box 1725 | | Ardmore | OK | 73402 |
| Keith F. Walker Oil & Gas Company LLC | | 2782 Washington Drive | Suite 110 | Norman | OK | 73069-0000 |
| Kirby Minerals | | PO Box 268947 | | Oklahoma City | OK | 73126-8947 |
| Kirkland & Ellis LLP | | 300 N Lasalle Drive | | Chicago Il | IL | 60654 |
| Kirkpatrick Oil Company Inc. | | 1001 West Wilshire Boulevard | | Oklahoma City | OK | 73116 |
| Leslie J. Arnold | | 1809 W Highway 130 | | Newcastle | OK | 73065 |
| Lime Rock Resources Operating Company | Melissa Bell | 1111 Bagby Street | Suite 4600 | Houston | TX | 77002 |
| Linn Operating Inc. | | P.O. Box 671631 | | Dallas | TX | 75267-1631 |
| Mack Energy Co. | | 1202 N 10th Street | | Duncan | OK | 73534 |
| Map2009 OK | | PO Box 248833 | | Oklahoma City | OK | 73124-8833 |
| Marathon Oil Company | Todd Richards | PO Box 732309 | | Dallas | TX | 75373 |
| Mewbourne Oil Company | | P.O. Box 7698 | | Tyler | TX | 75711 |
| Midfirst Bank | | 5800 N. Western Avenue | | Oklahoma City | OK | 73118-0000 |
| Minri LLC | | 171 Pier Ave | 359 | Santa Monica | CA | 90405-0000 |
| N.V. Shires and Roger L. Beavers | | PO BOX 5998 | | Norman | OK | 73070 |
| Native Exploration Operating | | P.O. BOX 18108 | | Oklahoma City | OK | 73154 |
| Newfield Exploration MI | | PO Box 204374 | | Dallas | TX | 75320-4374 |
| Office of the United States Trustee | Hector Duran, Jr & Stephen Douglas Statham | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 |
| Oklahoma Corporation Commission | | PO Box 52000 | | Oklahoma City | OK | 73152-2000 |

In re: Echo Energy Partners I, LLC
Case No. 20-31920 (DRJ)

**Exhibit A**
Served Via Electronic Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Oklahoma County Treasurer | | PO Box 268875 | | Oklahoma City | OK | 73126 |
| Oklahoma Independent Petroleum Assc | | 500 N E 4th Street | | Oklahoma City | OK | 73104 |
| Oklahoma Tax Commission | | PO Box 26940 | | Oklahoma City | OK | 73126-0940 |
| Opportune | | 711 Louisiana Street | Suite 3100 | Houston | TX | 77002-0000 |
| Ovintiv Mid Continent Inc. | Sarah Robertson | 370 17th Street | Suite 1700 | Denver | CO | 80202 |
| Paloma Partners IV LLC | Lynn Graves | 1100 Louisiana Street | Suite 5100 | Houston | TX | 77002 |
| Patrick Collins | | | | | | |
| Petroleum Strategies I | | 303 W Wall Street | Suite 2400 | Midland | TX | 79701 |
| Phoenix Petrocorp Inc. | | 1201 S. Stonebridge Drive | Unite 1201 | Mckinney | TX | 75070-0000 |
| Phoenix Petrocorp Inc. | | 15400 Lookout Point Cirlce | | Frisco | TX | 75035 |
| Pride Energy Company | | 4641 E. 91st St. | | Tulsa | OK | 74137 |
| R Payne Family Limited | | 8890 N. 2445 Road | | Thomas | OK | 73669 |
| Ranken Energy Corporation | | 417 W. 18th Street | | Edmond | OK | 73013 |
| Ranken Energy Corporation | | 457 West 18th Street | #101 | Edmond | OK | 73013-3663 |
| Red Bluff Resources Operating LLC | Andrew Jennings | 3030 N.W. Expressway | Suite 650 | Oklahoma City | OK | 73112 |
| Red Rocks Oil & Gas Operating LLC | Randy Stalcup | 1321 N. Robinson Avenue | | Oklahoma City | OK | 73101 |
| Red Wolf Operating LLC | Jay Buckley | 801 W. Covell Rd | | Edmond | OK | 73003 |
| Rex M. Maloy | | 8805 S 70th East Avenue | | Tulsa | OK | 74133 |
| Rimrock Resources Operating LLC | | 20 E. Fifth Street | Suite 1300 | Tulsa | OK | 74103 |
| Roan Resources LLC | Curtis Johnson | 14701 Hertz Quail Springs Parkway | | Oklahoma City | OK | 73134 |
| Roy M. Maloy | | PO Box 690235 | | Tulsa | OK | 74169 |
| Sandridge Exploration & Production LLC | | 123 Robert S. Kerr Avenue | | Oklahoma City | OK | 73102 |
| Sandridge Exploration & Production LLC | | PO Box 654166 | | Dallas | TX | 75265-4166 |
| Secretary of State | | 421 NW 13th | Suite 210 | Oklahoma City | OK | 73103 |
| Shadow Creek Merge Asse | | 10443 N May Ave | Pmn 611 | Oklahoma City | OK | 73120 |
| Shepherd Royalty, LLC | | 8214 Westchester Drive | Suite 740 | Dallas | TX | 75225 |
| Sheridan Holding Company | | 9 Greenway Plaza | Ste 1300 | Houston | TX | 77046-0922 |
| SK Nemaha LLC | | 11700 Katy Freeway | Suite 900 | Houston | TX | 77079-1222 |
| SK Plymouth LLC | | 11700 Katy Freeway | Suite 900 | Houston | TX | 77079-1222 |
| Staghorn Petroleum II LLC | | 1 W. Third Street | Suite 1000 | Tulsa | OK | 74103 |
| Stone Creek Operating, LLC | | 5728 NW 132nd St | | Oklahoma City | OK | 73142 |
| T2 Land Resources, LLC | | PO Box 1263 | | Fort Worth | TX | 76101 |
| Tanner Hicks | | 3817 NW Expressway | Suite 840 | Oklahoma City | OK | 73112-1400 |
| Tapstone Energy LLC | | 100 E. Main Street | | Oklahoma City | OK | 73104 |
| TEP Anadarko Basin Operating LLC | | 2100 Mckinney Avenue | Suite 1770 | Dallas | TX | 75201 |
| Territory Resources LLC | | 1511 S Sangre Road | | Stillwater | OK | 74074 |
| Texas Capital Bank N.A. | | P.O. Box 224315 | | Dallas | TX | 75222-4318 |
| Texas Capital Bank N.A. | | PO Box 224315 | | Dallas | TX | 75222-4318 |
| Texas Capital Bank, National Association | Attn: Energy Banking Group | 2000 McKinney Avenue Suite 1800 | | Dallas | TX | 75201 |
| The City Of Oklahoma City | | 420 W Main | #700 | Oklahoma City | OK | 73102 |
| Town of Cole | | 16066 252nd Street | | Blanchard | OK | 73010 |
| TPR Mid Continent LLC | | 1100 Louisiana Street | Suite 5100 | Houston | TX | 77002 |
| Triumph Energy Partners LLC | | 8908 S Yale Ave | Ste 250 | Tulsa | OK | 74137 |
| Triumph Energy Partners LLC | | 8908 S. Yale Avenue | Suite 250 | Tulsa | OK | 74137 |

**STRETTO**

**Exhibit A**

Served Via Electronic Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| TRP Operating LLC | | 9811 Katy Freeway | Ste 225 | Houston | TX | 77024 |
| TRP Operating LLC | Joey Bernica | 1111 Louisiana Street | Suite 4550 | Houston | TX | 77002 |
| Unit Petroleum Company | Jon Strickler | PO Box 702500 | | Tulsa | OK | 74170 |
| Vanguard Operating LLC | | 5847 San Felipe Street | | Houston | TX | 77057-3399 |
| Vinson & Elkins LLP | | PO Box 301019 | | Dallas | TX | 75303-1019 |
| Wallace Family Partnership LP | | 508 W. Wall Street | Suite 1200 | Midland | TX | 79701 |
| Walsh Mineral Properties LLC | | PO Box 54714 | | Oklahoma City | OK | 73154-1714 |
| Warwick Bacchus, LLC | | 6608 N WESTERN AVE BOX 417 | | Oklahoma City | OK | 73116 |
| Warwick Jupiter LLC | Michael Brown | 6608 N. Western Avenue | #417 | Oklahoma City | OK | 73116 |
| Winstead PC Attorneys | | 2728 N Harwood Street | Suite 500 | Dallas | TX | 75201-1743 |
| XTO Energy Inc. | Noele Fischer | PO Box 840791 | | Dallas | TX | 75284-0791 |

# **Exhibit B**

**STRETTO**

## Exhibit A
Served Via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Acacia Energy Partners LLC | Clayton Flurry | | flurry@acaciaep.com |
| Acacia Energy Partners, LLC | c/o Foley Gardere, Foley & Lardner LLP | Attn: Stephen A. McCartin and Melina Bales | smccartin@foley.com<br>mbales@foley.com |
| Alta Mesa Services LP | Janie Daniel | | jdaniel@altamesa.net |
| BP America Production Company | Wender Moreno | | wender.moreno1@bp.com |
| Camino Natural Resources LLC | Mark Brown | | mbrown@caminoresources.com |
| Casillas Operating LLC | Zach Malchi | | zmalchi@casillaspetro.com |
| Chaparral Energy LLC | Justin P. Byrne, General Counsel | | Kathy.Raines@ChaparralEnergy.com |
| Chesapeake Energy Corporation | Michael Lovelace | | michael.lovelace@chk.com |
| Cimarex Energy Company | Kevin Smith | | KSmith@cimarex.com |
| Citation Oil and Gas Corp | Matthew Thompson | | mthompson@cogc.com |
| Citizen Energy II LLC | | | INFO@CE2OK.COM |
| Citizen Energy III LLC | Curtis Johnson | | curtis@ce2ok.com |
| Continental Resources Inc. | Brooks Richardson | | brooks.richardson@clr.com |
| Devon Energy Production Company LP | Amy Carpenter | | amy.carpenter@dvn.com |
| Enable Gathering & Processing LLC | Andy Bush | | andy.bush@enablemidstream.com |
| EOG Resources Inc. | Dax Taylor | | dax_taylor@eogresources.com |
| Gaedeke Oil & Gas Operating L.L.C. | Brenda Loftis | | bloftis@gaedeke.com |
| Gulfport Midcon LLC | Rebecca Addison | | raddison@gulfportenergy.com |
| Lime Rock Resources Operating Company | Melissa Bell | | mbell@limerockresources.com |
| Marathon Oil Company | Todd Richards | | trichards@marathonoil.com |
| Marathon Oil Company | c/o Bonds Ellis Eppich Schafer Jones LLP | Attn: Clay M. Taylor and J. Robertson Clarke | clay.taylor@bondsellis.com<br>robbie.clarke@bondsellis.com |
| Ovintiv Mid Continent Inc. | Sarah Robertson | | sarah.robertson@encana.com |
| Ranken Energy Corporation | | | info@ranken-energy.com |
| Red Bluff Resources Operating LLC | Andrew Jennings | | ajennings@rbluff.com |
| Red Rocks Oil & Gas Operating LLC | Randy Stalcup | | stalcup@redrocksresources.com |
| Red Wolf Operating LLC | Jay Buckley | | jbuckley@red-wolf.com |
| Roan Resources LLC | Curtis Johnson | | curtis@ce2ok.com |
| Sandridge Exploration & Production LLC | | | media@sandridgeenergy.com |
| Staghorn Petroleum II LLC | | | inquire@staghornpetro.com |
| Tapstone Energy LLC | | | info@tapstoneenergy.com |
| Texas Capital Bank, N.A. as Lender and Administrative Agent | c/o Winstead PC | Attn: Joseph J. Wielebinski and Annmarie Chiarello | jwelebinski@winstead.com<br>achiarello@winstead.com |
| Triumph Energy Partners LLC | | | revenue@triumphep.com |
| TRP Operating LLC | Joey Bernica | | jbernica@trpenergy.com |
| Warwick Jupiter LLC | Michael Brown | | michael.brown@warwick-energy.com |
| XTO Energy Inc. | Noele Fischer | | noele_fischer@xtoenergy.com |