IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| ECHO ENERGY PARTNERS I, LLC | § § § | Case No. 20-31920 (DRJ) |
| Debtor. | § § § | |

DEBTOR'S EXHIBIT AND WITNESS
LIST FOR HEARING SET FOR
APRIL 22, 2020 AT 11:00 A.M.

ECHO ENERGY PARTNERS I, LLC, the Debtor in this chapter 11 case (the "Debtor"), files this Exhibit and Witness List regarding exhibit(s) that may be used or introduced and/or witnesses that may be called by the Debtor at the hearing[1] scheduled for **Wednesday, April 22, 2020, at 11:00 a.m., prevailing Central Time**, before the Honorable David R. Jones.

## WITNESS LIST

1. Gregg Laswell, Chief Restructuring Officer, Echo Energy Partners I, LLC

Debtor reserves the right to call rebuttal witnesses as necessary. Debtor reserves the right to call any witness identified or called by another party or by the Court. Debtor reserves the right not to call any witness identified herein. Debtor reserves the right to supplement this witness list.

---

[1] The hearing will be conducted electronically pursuant to Bankruptcy General Order 2020-04. Audio communication will be by use of a dial-in number. The Dial in Phone Number is (832) 915-1510 and the Conference Code Number is 205691. Video communication will be by use of the internet site www.join.me. Once connected, each participant must select to "Join a Meeting." The code for joining the meeting is JudgeJones. For a complete version of the Protocol for Emergency Public Health or Safety Conditions, please see Bankruptcy General Order 2020-04 (https://www.txs.uscourts.gov/bankruptcy/genord).

1

#6159276

## EXHIBIT LIST

| NO | DESCRIPTION | Offered | Objection | Admitted/Not Admitted |
|----|-------------|---------|-----------|----------------------|
| 1. | Declaration of Gregg Laswell, Proposed Chief Restructuring Officer, in Support of Debtor's Expedited Motion for Approval of Bidding Procedures [Dkt. No. 79] | | | |
| 2. | Echo Energy Partners I, LLC – Bidding Procedures [Dkt. No. 82-2] | | | |
| 3. | Notice of Proposed Sale of Assets, Auction and Sale Hearing [Dkt. No. 47-2] | | | |
| 4. | Notice of Debtor's Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth the Cure Amounts [Dkt. No. 47-3] | | | |
| 5. | Proposed Order Approving Bidding Procedures; Approving Procedures for the Assumption and Assignment of Contracts and Leases; Scheduling Bidding Deadline, Auction Date, and Sale hearing Date; and Approving Form and Notice Thereof [Dkt. No. 82-2] | | | |
| 6. | Notice of Redline of Bidding Procedures [Dkt. No. 82] | | | |
| 7. | Notice of Telephonic and Video Conference Hearing on Debtor's Expedited Motion for Approval of Bidding Procedures [Dkt. No. 76] | | | |
| 8. | Certificate of Service re: Debtor's Expedited Motion for for Approval of Bidding Procedures [Dkt. No. 55] | | | |
| 9. | Certificate of Service re: Notice of Telephonic and Video Conference Hearing on Debtor's Expedited Motion for for Approval of Bidding Procedures [Dkt. No. 77] | | | |

| 10. | Exhibits filed by any other party | | | |
|---|---|---|---|---|
| 11. | Rebuttal or Impeachment exhibits as necessary | | | |

Debtor reserves the right to utilize rebuttal exhibits as necessary.  Debtor reserves the right to supplement this Exhibit List.  Debtor reserves the right to use as its own exhibit, any exhibit identified or offered by any other party.

                Respectfully Submitted,

                **BRACEWELL LLP**

                By: */s/ William A (Trey) Wood III*
                    William A. (Trey) Wood III
                    Texas Bar No. 21916050
                    Trey.Wood@bracewelllaw.com
                    Jason G. Cohen
                    Texas Bar No. 24050435
                    Jason.Cohen@bracewelllaw.com
                    711 Louisiana, Suite 2300
                    Houston, Texas 77002
                    Telephone: (713) 223-2300
                    Facsimile: (713) 221-1212
                **PROPOSED COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION**

**CERTIFICATE OF SERVICE**

 The undersigned certifies that on April 21, 2020, a true and correct copy of this document was served by electronic means as listed on the Court's ECF noticing system.

              */s/ William A. (Trey) Wood III*
               William A. (Trey) Wood III