**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **In re:** ) | Chapter 11 |
| ) | |
| **ECHO ENERGY PARTNERS I, LLC** ) | Case No. 20-31920 (DRJ) |
| ) | |
| **Debtor.** ) | |

## AMENDED HEARING AGENDA FOR WEDNESDAY APRIL 22, 2020 HEARING

Hearing Date/Time:   **April 22, 2020 at 11:00 a.m. (CST)**

Hearing Location:  The hearing will be conducted electronically pursuant to Bankruptcy General Order 2020-04. Audio communication will be by use of a dial-in number. The Dial in Phone Number is **(832) 917-1510** and the Conference Code Number is **205691**. Video communication will be by use of the internet site www.join.me. Once connected, each participant must select to "Join a Meeting." The code for joining the meeting is JudgeJones. For a complete version of the Protocol for Emergency Public Health or Safety Conditions, please see Bankruptcy General Order 2020-04 (https://www.txs.uscourts.gov/bankruptcy/genord).

1. **Debtor's Expedited Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling Bidding Deadline, Auction Date, and Sale Hearing Date; (IV) Approving Form and Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtor to Sell its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Approval of Related Relief (Docket No. 47)**

   **Time:** 1 Hour

   **Contested:** Yes

   **Responses Received:**

   A. Limited Objection of Marathon Oil Company to Debtor's Sale Procedures Motion (Docket No. 84)

   B. Enable Midstream Partners, LP's and Enable Gathering & Processing, LLC's Reservation of Rights Regarding Debtor's Expedited Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedues for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling Bidding Deadline, Auction Date, and Sale Hearing Date; (IV) Approving Form and Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtor to Sell its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Approval of Related Relief (Docket No. 87)

#6159059

-2-

C. Limited Objection of Camino Natural Resources, LLC Regarding the Debtor's Expedited Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling Bidding Deadline, Auction Date, and Sale Hearing Date; (IV) Approving Form and Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtor to Sell its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Approval of Related Relief (Docket No. 88)

D. Limited Objection of Acacia Energy Partners, LLC to the Debtor's Expedited Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling Bidding Deadline, Auction Date, and Sale Hearing Date; (IV) Approving Form and Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtor to Sell its Assets; and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Approval of Related Relief (Docket No. 89)

**Related Documents:**

E. Certificate of Service re: Debtor's Expedited Motion for Approval of Bidding Procedures (Docket No. 55)

F. Notice of Telephonic and Video Conference Hearing on Debtor's Expedited Motion for Approval of Bidding Procedures (Docket No. 76)

G. Certificate of Service re: Notice of Telephonic and Video Conference Hearing on Debtor's Expedited Motion for Approval of Bidding Procedures (Docket No. 77)

H. Declaration of Gregg Laswell in Support of Debtor's Expedited Motion (Docket No. 79)

I. Notice of Filing Redline of Bidding Procedures (Docket No. 82)

**Status:**   Going forward

-3-

Respectfully Submitted,

**BRACEWELL LLP**

By: */s/ William A. (Trey) Wood III*
  William A. (Trey) Wood III
  Texas Bar No. 21916050
  Trey.Wood@bracewell.com
  Jason G. Cohen
  Texas Bar No. 24050435
  Jason.Cohen@bracewell.com
  711 Louisiana, Suite 2300
  Houston, Texas 77002
  Telephone: (713) 223-2300
  Facsimile: (713) 221-1212

**PROPOSED COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSIONS**

-4-

## CERTIFICATE OF SERVICE

    The undersigned certifies that on April 22, 2020, a true and correct copy of this document was served by electronic means as listed on the Court's ECF noticing system.

*/s/ William A. (Trey) Wood III*
William A. (Trey) Wood III

#6159059